IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Programs, | : |
| | :    Civil Action 2:12-cv-00296 |
| Plaintiff | |
| | :    Judge Marbley |
| v. | |
| | :    Magistrate Judge Abel |
| Maurer Bros. Concrete Construction LLC., | : |
| Defendant | |

# Order

By inadvertence and mistake, the Court's February 19, 2013 Order (doc. 16) ordered defendant to appear before the Magistrate Judge on February 21, 2013. The Clerk of Court is DIRECTED to strike document 16 from the docket.

Plaintiffs' February 19, 2013 motion to continue the contempt hearing scheduled for February 21 at 1:30 p.m. (doc. 15) is GRANTED. The contempt hearing is hereby RESCHEDULED for Tuesday, March 12, 2013 at 2:00 p.m. in Room 218.

Defendant Maurer Bros. Concrete Construction LLC and its authorized officer, Edward Maurer, are ORDERED to appear before the Magistrate Judge on March 12, 2013 at 2:00 p.m. in Room 220 and show cause why they and each of them should not be held in contempt of the Court's previous order, and punished by fine, imprisonment, or both and ordered to pay the plaintiffs' expenses associated with the motion, including plaintiffs' attorney fees.

If defendant and its authorized officer, Edward Maurer, contact plaintiff's counsel and appear for deposition prior to March 5, 2013, then the motion to hold defendant will be denied and the hearing set for March 12 will be cancelled.

The Clerk of Court is DIRECTED to mail a copy of this Order to defendant Maurer Bros. Concrete Construction LLC and its authorized officer, Edward Maurer, 15 Greenback Road, Fort Laramie, Ohio 45845 and to defendant's statutory agent, Keith M. Schnelle, 100 South Main Avenue, Courtview Center, Suite 102, Sydney, Ohio 45365.

s/Mark R. Abel
United States Magistrate Judge